IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 4:24-cr-0003-7 |
| CHRISTOPHER MAGWOOD II, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Scott G. Reddock, counsel of record for the defendant in the above-styled case, has moved for leave of absence for the period of 4/1/2024-4/5/2024. Said motion in **GRANTED**. Doc. 72.

**SO ORDERED** this 21st day of February, 2024.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia